# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| Shanta Griffin, | Case No. 1:16-cv-01349-NYW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Stellar Recovery, Inc., | |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. The parties intend to file an offer of judgment and acceptance of said offer within the next ten days. In light of this settlement, Plaintiff respectfully asks that the August 3, 2016, scheduling conference be cancelled.

RESPECTFULLY SUBMITTED,

Date: July 26, 2016

By: s/ David M. Menditto
David M. Menditto, Esq.
Hyslip & Taylor, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone:  312-380-6110
Facsimile: 312-361-3509
Email: davidm@fairdebt411.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2016, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Alison N. Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL  32207

*Counsel for Defendant*

                                                                    s/ David M. Menditto