# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| Shanta Griffin,<br><br>  Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.<br><br>  Defendant. | Case No. 1:16-cv-01349-NYW<br><br>**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT AND DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through Counsel, to notify the Court that the Defendant has Satisfied the Judgment in the present Case.

As such, and for Notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties

RESPECTFULLY SUBMITTED,

Date: September 13, 2016

By: /s/ David M. Menditto
David M. Menditto, Esq.
Hyslip & Taylor, LLC LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone: 312-380-6110
Facsimile:  312-361-3509
Email: davidm@fairdebt411.com
*One of Plaintiff's Attorneys*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's counsel upon the following:

Alison N. Emery, Esq.
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
alison@assurancelawgroup.com

*Counsel for Defendant*

/s/ David M. Menditto